# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0080.  ROY JIMENEZ v. THE STATE.**

Roy Jimenez seeks discretionary review of the trial court's order denying his motion for out-of-time appeal, which was entered on August 22, 2012.  Jimenez filed a timely direct appeal from that order, which has been docketed as Case No. A13A0288.  In addition, on October 9, 2012, Jimenez filed the instant application for discretionary appeal from the same order.

To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992).  Jimenez, however, filed this application 48 days after entry of the order he seeks to appeal.  Moreover, this application is duplicative, in light of Jimenez's pending direct appeal from the same order.  See *Butts v. State*, 244 Ga. App. 366 (536 SE2d 154) (2000) (denial of a motion for out-of-time appeal is directly appealable).

For these reasons, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/25/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.